# MARTIN CLEARWATER & BELL LLP

COUNSELORS AT LAW

220 EAST 42ND STREET, NEW YORK, NY 10017-5842
TELEPHONE (212) 697-3122  FACSIMILE (212) 949-7054
www.mcblaw.com

EVAN R. SCHNITTMAN
ASSOCIATE

DIRECT DIAL: (212) 916-0931
E-MAIL: evan.schnittman@mcblaw.com

NEW YORK, NY
EAST MEADOW, NY
WHITE PLAINS, NY
ROSELAND, NJ
ROCHESTER, NY
STAMFORD, CT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/2020

January 15, 2020

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Regina Lewis v. Dr. Renata Krymkevich, et al., 07-CV-4853 (CM)(GAY)
MCB File No.    22-80346

Dear Judge McMahon:

**MEMO ENDORSED**

We represent defendant Dr. Renata Krymkevich in the above-referenced action. We write to respectfully request a three-week extension of this defendant's deadline to oppose plaintiff's motion to vacate the Court's Order dated December 17, 2009, which, interalia, dismissed plaintiff's claims against Dr. Renata Krymkevich, to February 11, 2020.

Plaintiff's motion was docketed on January 6, 2020. See dkt. No. 114. Accordingly, Dr. Krymkevich's opposition is due January 21, 2020 (January 20, 2020 is Martin Luther King Day, a federal holiday). As plaintiff's motion was brought *eleven* years after the dismissal of her claims, we require additional time to retrieve and review the file, analyze plaintiff's legal contentions, and discuss the matter with our client to formulate our position. Further, I will be away on vacation during the Martin Luther King Day holiday weekend.

On January 14, 2020 and January 15, 2020, I called plaintiff multiple times at the telephone number listed on the docket to request her consent to this extension request. On all occasions the line was busy. Thus, I have not been able to ascertain whether plaintiff consents to this request. This is the first request for an extension of this deadline. If granted, this extension will not affect any our Court-scheduled dates.

Accordingly, we request that defendant Dr. Krymkevich's deadline to oppose plaintiff's motion be extended to February 11, 2020.

*[Handwritten endorsement by Judge McMahon:]* 1/16/2020 You don't need to do anything. This is the first I have seen or heard of this motion. It was not [illegible] my case of Ms. Lewis is a judgment debtor in other pro se litigation. I will review her motion [illegible] before requiring you to respond. So stand down. [illegible]

3757374_1

Copies mailed/faxed/handed to counsel on 1/16/2020

January 15, 2020
Page 2

      We thank the Court for its consideration of this request.

                                  Respectfully submitted,

                                  MARTIN CLEARWATER & BELL LLP

                                  s/

                                  Evan R. Schnittman

cc: **BY REGULAR MAIL**
     Ms. Regina Lewis
     Plaintiff Pro Se
     197 Lake Drive
     Newburgh, New York 12550

     **BY ECF**
     All other parties of record